USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMERY MUKENDI WAFANA & ASSOCIATES, P.C.,

                        Plaintiff,

-against-

DANIEL MENGARA,

                        Defendant.

ORDER

20-CV-9788 (VEC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

This action has been referred to me for general pretrial management and for dispositive motions, which require reports and recommendations. (ECF No. 21.) The Initial Case Management Conference in this case has been scheduled for March 4, 20201. (ECF No. 22.) However, there are several items pending on the docket the Court will address in this Order.

**Plaintiff's motion at ECF No. 14 for permission to use the ECF system in this case is GRANTED**.

In light of Plaintiff's motion to vacate default judgment and reopen this case at ECF No. 24, Plaintiff's earlier filed motions to the same effect are now mooted. As such, **the Clerk of Court is kindly directed to terminate the gavels at ECF Nos. 19 and 20**.

SO ORDERED.

Dated: New York, New York
       January 14, 2021

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

1