USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMERY MUKENDI WAFANA &
ASSOCIATES, P.C.,

                              Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF NY and
DR. ELENA BRUCK MD,

                              Defendants.

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

20-CV9788 (VEC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Case Management Conference scheduled for Tuesday, April 27, 2021 at 11:00 a.m. is hereby rescheduled to **Wednesday, April 28, 2021 at 3:00 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: New York, New York
       April 16, 2021

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge