USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMERY MUKENDI WAFANA &
ASSOCIATES, P.C.,

          Plaintiff,

-against-

DANIEL MENGARA

          Defendant.

**ORDER**

**20-CV-9788 (VEC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

In accordance with the Court's directions at today's case management conference, Plaintiff's amended pleading shall be filed by June 25, 2021. That will be the last date to join parties. No further amendments will be permitted absent a showing of good cause.

Any motions to dismiss are due July 30, 2021. Defendants are excused from a pre-motion conference. To the extent Defendant Mengara wishes to cross-move for interpleader pursuant to Fed. R. Civ. P. 22, such motion shall also be filed by July 30, 2021. Plaintiff will be required to file his opposition to the motion to dismiss by August 27, 2021. Reply briefs are due by September 17, 2021. To the extent Defendant attempted to file a motion at ECF 35, such motion was not properly filed in accordance with Court rules and is denied without prejudice.

To the extent not already served, initial disclosures pursuant to Fed. R. Civ. P. 26 and initial document requests pursuant to Fed. R. Civ. P. 34 due June 11, 2021.

To the extent Plaintiff seeks pre-judgment relief in the form of attachment or replevin pursuant to Fed. R. Civ. P. 64 and New York CPLR 6201 *et seq*. or in the form of a temporary

restraining order pursuant to Fed. R. Civ. P. 65, such motion shall be due June 11, 2021.

Opposition due by June 25, 2021. Reply by July 2, 2021.

**SO ORDERED.**

Dated: New York, New York
　　　　May 26, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge