UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMERY MUKENDI WAFWANA &
ASSOCIATES, P.C., and MOISE KAPANDA
MUKENDI, as Executor for the Estate of Emery
Mukendi Wafwana,

                    Plaintiffs,

-against-                          20 **CIVIL** 9788 (VEC)

                                                                         **JUDGMENT**

DANIEL MENGARA, ELITE LAW FIRM, SCP,
and EUGENIE ELANGA MONKANGO,

                    Defendants,

                    -and-

EMERY MUKENDI WAFWANA &
ASSOCIÉS, SCP,
                    Defendant Intervenor.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated June 30, 2022, the R&R is adopted in full, Defendant's motion to dismiss is granted, and this case is DISMISSED without prejudice. Because the R&R gave the parties adequate warning, *see* Dkt.124 at 20, the failure to object to the R&R precludes appellate review of this decision, *see Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). Because appellate review is precluded, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and, therefore, permission to proceed *in forma pauperis* for purposes of appeal is denied.

**Dated:**  New York, New York

      July 5, 2022

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                         **BY:**      K. Mango
                                                          **Deputy Clerk**